USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PREETPAL GREWAL,

Plaintiff,

-v-

JONATHAN W. CUNEO, et al.,

Defendants.

13-cv-6836-RA

ORDER

RONNIE ABRAMS, United States District Judge:

On May 20, 2014, Magistrate Judge Pitman issued an Opinion and Order denying the motion of Elizabeth Thomas to intervene in this matter. By order dated May 29, 2014, the Court deemed Judge Pitman's Opinion and Order to be a report and recommendation and provided Thomas and the parties with the opportunity to file objections. None were filed.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985).

As no objections have been filed, the Court has reviewed Judge Pitman's thorough and well-reasoned Opinion and Order for clear error and finds that there is none on the face of the record. Accordingly, the Court adopts the Opinion and Order in its entirety, save for one minor correction,[1] and denies Thomas's motion to intervene. In addition, as Thomas is not a party to

[1] On June 12, 2014, Plaintiff submitted a letter seeking to clarify that, although page 5 of the

this action, her motion to dismiss Plaintiff's complaint is denied, and Plaintiff's motions to strike all papers filed by Thomas and to dismiss Thomas's third-party complaint are denied as moot.

As the Court warned in its May 29, 2014 order, the failure to file written objections to the May 20, 2014 Opinion and Order precludes appellate review of this decision. See DeLeon v. Strack, 234 F.3d 84, 86 (2d Cir.2000).

The Clerk of Court is respectfully instructed to close the motions pending at Docket Numbers 46, 70, and 83.

SO ORDERED.

Dated: July 1, 2014
New York, New York

Ronnie Abrams
United States District Judge

---

Opinion and Order refers to an action that "plaintiff commenced *pro se* in the Eastern District of New York entitled Thomas v. Mort. Elect. Registration Sys., Inc., CV-11-3656 (JG)(RML)," this action was in fact commenced by Thomas. Having reviewed the docket of the case at issue, the Court agrees and substitutes "Thomas" for "plaintiff" in the quoted portion of the sentence above.