USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/28/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PREETPAL GREWAL,

                Plaintiff,

-against-

JONATHAN W. CUNEO, *et al.*,

                Defendant.

No. 13-cv-6836 (RA)

OPINION AND ORDER

RONNIE ABRAMS, United States District Judge:

    The conference in this matter currently scheduled for July 30, 2015 is hereby cancelled. Instead, consistent with the Order of Reference in this case, *see* Dkt. 40, the parties are directed to appear before Magistrate Judge Pitman on Monday, August 3, 2015 at 3:00 p.m. in Courtroom 18A at 500 Pearl Street.

SO ORDERED.

Dated:    July 28, 2015
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge