USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/19/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PREETPAL GREWAL,

               Plaintiff,

v.

CUNEO GILBERT & LADUCA LLP,

               Defendant.

No. 13-CV-6836 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court has thus far been unable to find pro bono counsel to represent Plaintiff at trial. The New York Legal Assistance Group ("NYLAG") is, however, willing to represent Plaintiff for purposes of settlement discussions. Robyn Tarnofsky, the Director of NYLAG's Legal Clinic for Pro Se Litigants in the Southern District of New York, will contact Plaintiff regarding this potential representation.

    Trial remains scheduled to begin on November 27, 2017, with a joint pretrial order and other pre-trial submissions due on November 6, 2017. See Order (Aug. 29, 2017) (Dkt. 240).

SO ORDERED.

Dated:    October 19, 2017
            New York, New York

Ronnie Abrams
United States District Judge