# R. Michael Smith, LLC

P.O. Box 1503
Ellicott City, MD 21041
(443) 377-4942
rmsmithlaw75@gmail.com

November 22, 2017

By ECF and Email

The Honorable Ronnie Abrams
U. S. District Court for the
　Southern District of New York
40 Foley Square
New York, NY 10007

Re: Grewal v. Cuneo, Gilbert & LaDuca, LLP
　　Case No. 13 Civ. 6836

> Application granted. In light of the extension granted to Plaintiff, the trial is adjourned until 10:00 a.m. on Tuesday, November 28. SO ORDERED.
>
> Ronnie Abrams
> United States District Judge
>
> November 22, 2017

Dear Judge Abrams:

　　Under Your Honor's Individual Rule 6(D) and previous orders, CGL is entitled to at least three business days to lodge objections and any opposition to Plaintiff's exhibits and other pretrial filings. (Dkt. Nos. 240, 255, 261, and 266) Cuneo Gilbert & LaDuca, LLP ("CGL") respectfully asks Your Honor to postpone the start of trial until Tuesday, November 28, 2017 in light of the order extending until 6 p.m. today the deadline for Plaintiff to comply with the order entered yesterday. CGL also asks that it be allowed until 6 p.m. on November 27 to lodge any objections and opposition.

　　CGL requests that postponement because the firm's partners have left town for the Thanksgiving Day weekend based on the pretrial schedule set by the Court's orders. As a consequence, they will not be able to review and confer with counsel until next Monday about objections and opposition to Plaintiff's exhibits and pretrial filings. CGL does not expect the postponement to interfere with the completion of trial by December 1.

Sincerely,

R. Michael Smith

cc: Preetpal Grewal (by email)