UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PREETPAL GREWAL,
                         Plaintiff,

      -against-

CUNEO GILBERT & LADUCA LLP,
                         Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/18

13 CIVIL 6836 (RA)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2018, judgment is entered for Defendant and the case is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York
           September 28, 2018

                                            RUBY J. KRAJICK
                                              Clerk of Court
                          BY:
                                                Deputy Clerk