# R. MICHAEL SMITH, LLC

ATTORNEYS AT LAW
P.O. Box 1111
Chincoteague, VA 23336
(443) 377-4942
EMAIL: rmsmithlaw75@gmail.com

June 24, 2020

The Honorable Ronnie Abrams
Judge
U.S. District Court for the
    Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: Grewal v. Cuneo Gilbert & LaDuca LLP, *et al.*
    Case No. 13-cv-6836

Dear Judge Abrams:

    As the prevailing parties in this litigation, Defendants/Appellees submitted Bills of Cost to both you and the Second Circuit (Case No. 19-448). Today, I talked with the Clerk of the Second Circuit because that court still has not acted on the Bill of Costs submitted to it several weeks ago and the amount sought by the Bill of Costs filed with you includes costs taxable in connection with Plaintiff's unsuccessful appeal. The Clerk told me that the Second Circuit has a backlog processing Bills of Costs due to personnel shortages caused by the pandemic, but we can expect a ruling soon on the one filed by Defendants/Appellees.

    I had suggested in the Bill of Costs filed with Your Honor that action on it be delayed because the costs awarded by the Second Circuit had not yet been determined. I want to suggest again that all further action on that Bill of Costs, including appeals from the Clerk's minute entry on June 22, 2020, be postponed until the Second Circuit makes its ruling.

    I asked Plaintiff to join this request, but she has not done so.

    Thank you.

Sincerely,

R. Michael Smith
Attorney for Defendants

cc: Preetpal Grewal by email and first class mail

---

No later than June 26, 2020, Defendants shall provide the Court with the legal authority to support their request to "postpone[]" "all further action" on the Bill of Costs filed in this matter and/or to file any motion pursuant to Fed. R. Civ. P. 54(d)(1) after the 7-day period has elapsed.

SO ORDERED.

Hon. Ronnie Abrams
6/25/2020